AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00151 |
| Jean Wiltene Eugene | ) Assigned to: Judge Upadhyaya, Moxila A. |
| | ) Assign Date: 4/29/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jean Wiltene Eugene,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

22 U.S.C. § 2778 (Arms Export Control Act); 50 U.S.C. § 4819 (Export Control Reform Act); and 18 U.S.C. § 554(a) (Smuggling).

Date:   04/29/2024

*Issuing officer's signature*

City and state:   Washington, DC

Moxila A. Upadhyaya, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4/29/24, and the person was arrested on *(date)* 5/4/24
at *(city and state)* Key West, FL

Date: 5/10/24

*Arresting officer's signature*

Daniel Lemaitre, FBI SA
*Printed name and title*