UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : Case No. 24-mj-151 |
| | : |
| **JEAN EUGENE,** | : |
| **Defendant.** | : |

## ORDER

Based upon the representations in the Joint Motion to Vacate Hearing, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on March 24, 2025, is hereby **VACATED**.

**IT IS SO ORDERED.**

Date: March 21, 2025

_____
THE HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE